# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  Saquorria Anderson

)           17 B 36858
)
Debtor(s)           )           Judge A. Benjamin Goldgar

### *NOTICE OF MOTION AND CERTIFICATE OF SERVICE*

| | |
|---|---|
| Saquorria Anderson | David M Siegel |
| 4174 Continental Drive | 790 Chaddick Drive |
| Waukegan, IL  60087 | Wheeling, IL  60090 |

Please take notice that on March 1, 2019, at 10:00 a.m., a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar or any other Bankruptcy Judge who may preside in his place and stead, at North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL  60073 and present this motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney.**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, Illinois 60532 and to all other listed parties electronically via the Court's CM/ECF system on February 12, 2019.

/s/ Glenn Stearns
For Glenn Stearns, Trustee

---

### MOTION TO DISMISS AND REQUEST FOR A 180 DAY BAR TO REFILING

Now Comes Glenn Stearns, Chapter 13 Trustee, requesting dismissal of the above case with a 180 Day bar to Refiling pursuant to 11 U.S.C. Sections 109 (g), 1307(c) and 349(a) and in support thereof, states the following:

1. On December 13, 2017 the debtor filed a petition under Chapter 13.

2. This is the debtor's fourth Chapter 13 filing in four years.

3. A summary of the debtor's prior case filings is shown below.

| Case | Filed | Outcome |
|---|---|---|
| 13 B 36384 | 9/13/2013 | Converted to Chapter 7 after confirmation. Unsecured creditors received $549. |
| 15 B 29748 | 8/31/2015 | Dismissed without confirmation. Unsecured creditors received $0. |
| 16 B 04848 | 2/16/2016 | Voluntarily dismissed after confirmation. Unsecured creditors received $0. |

4. In the current case the debtor's modified plan filed February 28, 2018 (Doc 20) was confirmed on March 9, 2018.

5. The debtor's plan requires him to make payments of $150 monthly for a minimum 36 months.

6. The debtor has made plan payments totaling $1,021.53.

7. The accrued default under the plan of $928 is equal to just over six plan payments, another plan payment will come due on February 13, before this motion is presented.

8. The debtor's last plan payment posted on July 24, 2018.

9. The debtor is in material default of the terms of her confirmed plan.

10. Unsecured creditors have received no distributions in the current case.

11. The debtor has failed to prosecute this case.

12. The debtor's failure to comply with the Bankruptcy Code and properly prosecute this case in debtor's fourth Chapter 13 filing in four years demonstrates that the debtor has filed this case in bad faith and has no ability or intention to complete a Chapter 13 plan.

13. Section 349(a) allows a bankruptcy court to bar future filings if cause exists to do so.

14. Dismissal with prejudice is proper for bad faith, serial filing cases.  <u>In re Standfield,</u> 152 B. R. 528 (Bankr. N.D. Ill 1993).  <u>In re Herrera</u>, 194 B.R. 178 (Bankr. N.D. Ill 1996).

WHEREFORE, the Trustee prays that this case be dismissed for cause pursuant to Section 1307 (c) and the debtor barred from filing any other bankruptcy case for 180 days pursuant to Sections 109 (g) and 349(a), and for such other and further relief as this court deems proper.

    Respectfully Submitted;
    Glenn Stearns, Trustee

    /S/ Glenn Stearns
    By: Glenn Stearns

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
(630) 981 3888